UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SANDRA MITCHELL-GRADY,**

    Plaintiff,                                            Case No.:  1:20-CV-247

v.

**BOARD OF TRUSTEES of the**
**UNIVERSITY OF FLORIDA,**

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, **BOARD OF TRUSTEES of the UNIVERSITY OF FLORIDA** ("UF BOT" or "Defendant"), pursuant to 28 U.S.C. §§ 1331, 1367, 1441, 1443, 1446, and N.D. Fla. Loc. R. 7.2, hereby files this Notice of Removal of an action pending in the Circuit Court of the Eighth Judicial Circuit, in and for Alachua County, Florida, to the United States District Court, Northern District of Florida, Gainesville Division and, in support hereof states as follows:

1. Defendant desires to exercise its rights under the provisions of 28 U.S.C. § 1331, *et seq.*, to remove this action from the Eighth Judicial Circuit in and for Alachua County, Florida, where it is now pending under the name and style of: *Sandra Mitchell-Grady v. Board of Trustees of the University of Florida,* Case No. 2020-CA-1648 (hereinafter referred to as the "Circuit Court Action").

2.  The Complaint filed by Plaintiff on June 18, 2020, and served on the Defendant on September 24, 2020, contains four (4) counts as follows:

<u>**Count I:**</u>   **Race Discrimination**
Florida Civil Rights Act, §§ 760.01-760.11, Fla. Stat.

<u>**Count II:**</u>   **Disability Discrimination**
Florida Civil Rights Act; Americans with Disabilities Act, 42 U.S.C. §12101, et seq.

<u>**Count III:**</u>   **Retaliation**
§ 440.205, Fla. Stat.

<u>**Count IV:**</u>   **Retaliation**
Florida Civil Rights Act; Americans with Disabilities Act and Title VII of the Civil Rights Act of 1964

3.  This Court has federal question jurisdiction over Counts II and IV in Plaintiff's Complaint since they are brought pursuant to the Americans With Disabilities Act and Title VII.

4.  Pursuant to 28 U.S.C. § 1446(a), copies of the Summons and Complaint as well as all other process, pleadings, and orders on file in the Circuit Court Action to date are attached to this Notice of Removal as **"Exhibit 1."** To the undersigned's knowledge, no other papers or pleadings have been filed in the Circuit Court Action other than those attached hereto.

5.  In accordance with the requirements of 28 U.S.C. § 1446(b)(2)(B), this Notice of Removal is filed within 30 days of the Defendant's receipt of the initial pleading through service of the Summons and Complaint.

6. Venue in this District and Division is proper for purposes of removal under 28 U.S.C. § 1441(a), because this District and Division embrace the place in which the removed action was filed and is pending – Alachua County, Florida.

7. Pursuant to 28 U.S.C. § 1446(d), written and electronic notice of filing this Notice of Removal will be served upon Plaintiff's counsel, Marie A. Mattox. A true copy of this Notice of Removal will also be filed with the Clerk of the Circuit Court of the Eighth Judicial Circuit in and for Alachua County, Florida, as required by law.

**Removal Based on Federal Question Jurisdiction**

8. Unless specifically prohibited by an act of Congress, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). This Court possesses original jurisdiction over this civil action, because it involves a federal question under 28 U.S.C. § 1331.

9. Plaintiff's state law claims contained at Counts I-IV are properly removable pursuant to 28 U.S.C. §1367. _Lepucki v. Van Wormer_, 765 F. 2d 86, 89 (7th Cir. 1985), _cert_. _denied_, 106 S.Ct. 86 (1985).

WHEREFORE, Defendant, **BOARD OF TRUSTEES of the UNIVERSITY OF FLORIDA**, respectfully requests that this action be removed to this Court and that this Court accept jurisdiction of this action, and henceforth that this action be placed on the docket of this Court for further proceedings, the same as though this action had been originally instituted in this Court.

Dated this 14th day of October, 2020.

Respectfully submitted,

*/s/ Robert J. Sniffen*
**ROBERT J. SNIFFEN**
Florida Bar Number: 0000795
rsniffen@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for Board of Trustees of the University of Florida*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 14th day of October, 2020, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Northern District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record, and via electronic and U.S. Mail to the following recipients:

Marie A. Mattox
Marie A. Mattox, P.A.
203 North Gadsden Street
Tallahassee, FL 32301
Marie@mattoxlaw.com


/s/ *Robert J. Sniffen*
**ROBERT J. SNIFFEN**