# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**SANDRA MITCHELL-GRADY,**

    *Plaintiff*,

**v.**                                    **CASE NO.: 1:20cv247-MW/GRJ**

**BOARD OF TRUSTEES of the**
**UNIVERSITY OF FLORIDA,**

    *Defendant*.

_____/

## ORDER GRANTING MOTION TO REMAND

This Court has considered, without hearing, Plaintiff's Consented Motion to Remand. ECF No. 4. Plaintiff's motion is **GRANTED**. Accordingly, this action is remanded to the Eighth Judicial Circuit in and for Alachua County. The Clerk is directed to take all steps necessary to effect the remand and close the file.

**SO ORDERED on November 2, 2020.**

                                          **s/Mark E. Walker**            
                                          **Chief United States District Judge**